UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL MURRAY,

    Plaintiff,

v.                                               CASE NO. 3:24-cv-954-MMH-MCR

MERRICK B. GARLAND, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

On October 4, 2024, the Court entered an Order directing Plaintiff to either submit the $402.00 filing fee or complete, notarize, and file the long-form affidavit of indigency no later than October 11, 2024. (Doc. 2.) Plaintiff was warned that: "Failure to do so may result in a recommendation that this action be dismissed without further notice." (*Id.* at 1.) The Order was mailed to Plaintiff on or before October 4, 2024.

To date, Plaintiff has not responded to the Court's Order, has not paid

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed.R.Civ.P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed.R.Civ.P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

the filing fee, has not filed a long-form affidavit of indigency requesting to proceed *in forma pauperis*, and has not sought an extension of time to do so. Therefore, it is appropriate to dismiss this action without prejudice for lack of prosecution. *See* M.D. Fla. R. 3.10.

Accordingly, it is respectfully **RECOMMENDED** that this action be **DISMISSED without prejudice** and the Clerk of Court be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on November 6, 2024.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Hon. Marcia Morales Howard
Chief United States District Judge

*Pro Se* Plaintiff